a8
9-20-2018

RECEIVED

2018 SEP 26 AM 9: 39

JAMES W. McCORMACK

BY: _____

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 26 2018

JAMES W. McCORMACK, CLERK

By: _____
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. **4:18CV712 -DPM - JTK**

Jury Trial: ☑ Yes ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: **Antonio Lavell Sanders Sr.**
ADC # **NONE**

Address: **960 W. Scenic Dr. Apt#524, North Little Rock, AR 72114**

Name of plaintiff: **Kray Parker (witness)**
ADC # _____

Address: **3201 W. Roosevelt Rd. Little Rock, AR 72204**

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Kearney**.

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: **Nurse Gilford**

Position: **LPN / Nurse**

Place of employment: **Pulaski County Regional Detention Facility**

Address: **3201 W. Roosevelt Rd. Little Rock, Ar 72204**

Name of defendant: **Deputy Paul**

Position: **PCRDF Deputy**

-4-

as
9-20-2018

Place of employment: Pulaski County Detention Facility

Address: 3201. W. Roosevelt Rd. Little Rock, AK

Name of defendant: Doc Holliday

Position: Sheriff

Place of employment: Pulaski County Detention Facility

Address: 3201. W. Roosevelt Rd. Little Rock, AK

Name of defendant: Turn Key Health

Position: medical Staffing for PCRDF

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 W. Roosevelt Rd, Little Rock, AR 72209

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☑

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

*as*
*9-20-18*

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: *Pulaski County Detention Facility*

_____

V.    At the time of the alleged incident(s), were you: (check appropriate blank)

_✓_    in jail and still awaiting trial on pending criminal charges

_____    serving a sentence as a result of a judgment of conviction

_____    in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_    No ____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

as
9-20-18

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates, and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  (Use as much space as you
need.  Attach extra sheets if necessary.)

I Antonio L Sanders Sr, came to Pulaski County
jail August 4, 2018, and I have been in Ph-Unit
Since August 22, 2018, and since I have been this Unit I have
been given Someone esle's medication on two Different
occasions. During the morning pill call of September 7,
2018, Nurse Gilford was suppose to only give me a
cold pack for a head cold, but instead gave another
inmate's medication, that had the same last name
as mines. Before I toke the medication, I informed the Deputy
and Nurse that the medication was not in my charts and
that I've never taken it before. Nurse Gilford insisted
that I take the pills and that the medication was prescribed
to me. After I toke the pills, she read her charts
again and noticed she gave another inmate's medication
I came back to my cell, and I began to feel dizzy,
nautious, and vomiting. My cellmate "Kray Parker" called
the Deputy to our cell for help, and She asked me why
did I take the pills, she stated " Your a grown man, why
would you take some medication that is not yours", I asked her
to call the Sgt. on Duty and the Nurse, but she never did either.

a8
9-20-18

Yes ✓   No _____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates, and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  (Use as much space as you
need.  Attach extra sheets if necessary.)

I have been in R-unit since August 22, 2018, and I have been
given other inmates medication by different different nurses on several
occasions. On September 7, 2018 during morning pill call (Nurse Gilford)
was only suppose to give me a cold pack, but instead she insisted I
take the medication I never have taken. She read her charts and told
me the pills were presribed to me. After I toke the pills, she read her
charts again, and noticed that she gave me another inmates mediane.
The deputy on duty called Sgt. Massidig, who had me fill out a grievance.
September 19, 2018 during the morning pill call (Nurse Starks) gave
me another inmate Same last name medication, and after I toke
the medicine he told me that he made a mistake. There were several
inmates that withessed this incident, including the Unit Guard.
Since August 22, 2018, I have been given another inmates medication
5 times, and have filed three grievances for this type of incident.
I am a disabled military veteran, I do not deserved this treatment.
I am serviced connected with (PTSD) and the incident
Caused me to have seizures, anxiety attacks, and I
am tramatized that it  -7-  may happen again.

*QS*
*9-20-18*

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I seek the sum of (7.5 million) for the medical malpractice errors that I recieved from the medical Staff members and failure to respond to an emergency sittuation by a proffesionally trained Deputy, which caused physical and mental Stress, including seizures and pain + suffering, a life threatning incinclent, due to lack of judgement. (negliance)

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 20th day of September, 20 18.

*Antonio S. Sanders R-unit #304*

*Kray Parker   R-Unit*

Signature(s) of plaintiff(s)

- 8 -

*AS*
*9-20-18*

*Please Respond To This Emergency!!!*

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

FOR OFFICE USE ONLY
Date Received:

**Inmate's Name:** Antonio L. Sanders    **Intake #:** 152594

**Unit:** R-204      **Job Assignment:** NONE

**Have you discussed this problem with your Unit Deputy? Yes** ✓ **No** _____

**Provide a description, or explain the nature of your problem:**

September 7th, 2018, while during the morning pill call, Nurse Gifford administered me another inmates medication and was notified more than once that the medicine She insisted I take was not in my charts. Deputy Brey was on duty and never responded to the matter even tho she witnessed everything and did not call for emergency response team. I waited 3-4 hours before Sgt. Massidia arrived and called for a nurse to come evaluate me. a grievance was filed, and deputy Brey signed the reciept.

**What do you want to happen to solve your problem?**

I would like for the situation to be viewed by a higher ranked staff and to seek legal attention for the pain & suffering

**Inmate's Signature:** Antonio Sanders    **Date:** 9/7/18

**Is this an emergency situation? Yes** ✓ **No** _____ **If so, explain why.**

a medical error by a licensed practicioner occured while under the deputy supervision and witness by other unit inmates

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declar[ed] for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any dep[uty] or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining fo[rm] without undue delay, to the Watch Commander, or designee. **Reprisals:** If you are harmed or threatened because of yo[ur] use of the grievance form, report it immediately to the Watch Commander.

### Abuse of this program will result in disciplinary action.
#### Tear Here

To be completed by the receiving member:

## RECEIPT FOR EMERGENCY SITUATIONS

Received from which inmate? : _____ Intake #: _____

Date: _____ Time: _____

_____    _____    _____

Printed Name of receiving member    D.S.N.    Signature of receiving member

9-20-18
a.2.8

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

FOR OFFICE USE ONLY

Date Received

**Inmate's Name:** Antonio L. Sanders Sr.   **Intake #:** 152534

**Unit:** H-Unit   **Job Assignment:** NONE

**Have you discussed this problem with your Unit Deputy?** Yes ✓   No _____

**Provide a description, or explain the nature of your problem:**

September 19, 2018, during the MORNING pill call, Nurse Starks, gave me another inmate (Marcus Sanders) medication, and I toke it before the Nurse. After I swallowed the medicine, he told me that the medicine wasn't mines. The were several Inmates that witnessed this incident, and also the unit Guard. I am feeling sick and unusual, and vomiting constanty, this is the 5th time since Aug 22, 2018, that I have been given some one else medication, and the third Grievance Form I have filed for this type of incident. Thank you

**What do you want to happen to solve your problem?**

I want to be treated by the main Provider

**Inmate's Signature:** Antonio Sanders   **Date:** 9-20-18

**Is this an emergency situation?** Yes ✓   No _____   **If so, explain why.**

A medical malpractice error that caused me to have a bad physical reaction.

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form without undue delay, to the Watch Commander, or designee. Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

**Abuse of this program will result in disciplinary action.**

Tear Here

To be completed by the receiving member:

## RECEIPT FOR EMERGENCY SITUATIONS

Received from which inmate? : _____   Intake #: _____

Date: _____   Time: _____

_____   _____   _____
Printed Name of receiving member   D.S.N.   Signature of receiving member

Branch Directive D05-0001

Inmate's Name: _____ Intake #: _____ Grievance #: _____

## GRIEVANCE OFFICER'S DECISION

_____

_____

_____

_____

_____

_____

_____

Signature of Grievance Officer or Designee _____ Title _____ D.S.N. _____ Date

Signature of inmate receiving response _____ Date

## INMATE'S APPEAL

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.  Remember, you are appealing the decision concerning the original complaint.

**Do not list any additional issues which are not part of your original complaint.**

## Why do you not agree with this response?

_____

_____

Inmate's Signature _____ Intake Number _____ Date

## APPEAL RESPONSE

_____

_____

_____

_____

_____

Signature of Chief or Designee _____ Title _____ D.S.N. _____ Date

Inmate's Signature _____ Intake Number _____ Date

If you leave the P.C.R.D.F. prior to receiving a response to your grievance, you may write us for the
official response.  Your request should specify the issue and grievance/appeal number and your request to the
attention of the Grievance Officer at the Pulaski County Regional Detention Facility
3201 W. Roosevelt Rd. Little Rock, AR 72204
Do Not Write In This Space!!!

1

To be completed by the receiving member:

## RECEIPT FOR EMERGENCY SITUATIONS

Received from which inmate? : _Sandus_____      Intake #: _150534_

Date: _9/23/18_____      Time: _1428_____

_J. Cadford_____      _4479_      _J. Ledford_____

Printed Name of receiving member      D.S.N.      Signature of receiving member

To be completed by the receiving member:

## RECEIPT FOR EMERGENCY SITUATIONS

Received from which inmate? : _____         Intake #: _____

Date: _____         Time: _____

_____         *4409*         *Deputy Paul*

Printed Name of receiving member         D.S.N.         Signature of receiving member

Antonio L. Sanders
960 W. Scenic Rd. Apt #524
North Little Rock, Ar 72214

PULASKI COUNTY
REGIONAL DETENTION
FACILITY

72201$33259 C041

United States District Court
Richard Sheppard Arnold Clerk's Office US Courthouse
600 W. Capitol Ave. Suite A-149
Little Rock, Ar 72201-3325

FOREVER