IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTONIO LAVELL SANDERS, SR.**                  PLAINTIFF

v.              No. 4:18-cv-712-DPM-JTK

**GILFORD, LPN/Nurse, Pulaski County Regional
Detention Facility; PAUL, Deputy, PCRDF;
DOC HOLLADAY, Sheriff, PCRDF; and TURN
KEY HEALTH, Medical Staffing for PCRDF**      DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. The Clerk sent copies of the Court's 28 September 2018 Order to both the Pulaski County Jail and to the updated address Sanders provided last month. № 3 & № 4. Neither mailing has been returned undelivered; but Sanders still hasn't paid the filing fee or filed an application to proceed *in forma pauperis*. The time to do so has passed. № 3. Sanders's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 November 2018