IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO LAVELL SANDERS, SR.                                    PLAINTIFF

v.                        No. 4:18-cv-712-DPM

GILFORD, LPN/Nurse, Pulaski County Regional
Detention Facility;   PAUL, Deputy, PCRDF;
DOC HOLLADAY, Sheriff, PCRDF;   and TURN
KEY HEALTH, Medical Staffing for PCRDF              DEFENDANTS

## JUDGMENT

Sanders's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2018